UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RLI Insurance Company,

Plaintiff,

v.

International Dairy Queen, Inc., et al.,

Defendants.

Civil No. 02-279 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. <u>Discovery/Non-Dispositive Motions</u>:

   a. All motions which seek to amend the pleadings or add parties must be served by June 1, 2002.

   b. All discovery shall be commenced in time to be completed by September 1, 2002.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

APR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to January 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

3. Trial

a. This case shall be ready for trial no later than February 1, 2003 , at which time it will be placed on the court's nonjury trial calendar.

b. Trial is estimated to last 1-2 trial days.

DATED: April 5, 2002.

Franklin L Noel
FRANKLIN L. NOEL
United States Magistrate Judge