**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RLI INSURANCE,

Plaintiff,

v.

INTERNATIONAL DAIRY QUEEN,

Defendant.

Civil No. 02-279 (JRT/FLN)

**ORDER**

---

Eric E. Caugh and Patricia J. St. Peter, ZELLE HOFMANN VOELBEL MASON & GETTE, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota, 55402, for plaintiff.

William L. Killion and Jason J. Stover, GRAY PLANT MOOTY MOOTY & BENNETT 3400 City Center, Minneapolis, Minnesota, 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion to join indispensable parties or to dismiss [Docket No. 9] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. This motion shall be heard on August 23, 2002 at 10:00 a.m. in Courtroom 9W at the United States District Courthouse in Minneapolis.

DATED: Aug. 2, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED: AUG
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK