**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **RLI Insurance Company,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**International Dairy Queen, Inc., et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil No. 02-279 JRT/FLN**<br><br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above-captioned action may be and hereby is dismissed with prejudice and with each of the parties to bear their respective costs.

**DATED** this 14th day of November, 2002.

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

**By** ______________________________
**Patricia St. Peter (153096)**
**Eric E. Caugh (026703X)**
33 South Sixth Street
City Center - Suite 4400
Minneapolis, Minnesota 55402
612/339-2020
**ATTORNEYS FOR PLAINTIFF RLI INSURANCE COMPANY**



FILED NOV 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**DATED** this 14th day of November, 2002.

GRAY, PLANT, MOOTY, MOOTY & BENNETT

By______________________________

**William L. Killion (55700)**
**Jason J. Stover (30573X)**
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
612/343-2800
ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

DATED: November 21, 2002. ______________________________

**Honorable John Tunheim**
**U.S. District Judge**



260575v1